IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE: )
Mary Annette McMurray )
) Case No. **3:22-bk-30433**
Debtor. ) Chapter 13

## WITHDRAWAL OF DOCUMENT& CORRECTION TO ECF

Comes creditor Rhonda Mess, and requests the Clerk withdraw Doc. 18. Counsel inadvertently file Doc. 18 as representing the Debtor rather than creditor Rhonda Mess. Further counsel requests the clerk correct the entry of appearance of Brent S. Snyder to Rhonda Mess rather than Debtor.

Respectfully Submitted,
Dated: April 20, 2022

/s    Brent S. Snyder
Brent S. Snyder, BPR # 21700
Banks & Jones
2125 Middlebrook Pike
Knoxville, TN 37921
(865) 546-2141
Brentsnyder77@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and exact copies of the **Withdrawal of Document & Correction to ECF** has been forwarded by electronic filing (ECF) or by first class, U.S. Mail (USM) postage prepaid, to the following:

Gwendolyn Kerney, Chapter 13 Trustee (ECF)
Richard M. Mayer, Attorney for Debtor (ECF)
John P. Newton, Jr., Attorney for Debtor (ECF)


Dated: April 20, 2022

/s    Brent S. Snyder